BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States of America

FILED
OCT 29 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF:<br><br>ALL FUNDS UP TO AND INCLUDING $1,660.00 IN EDUCATION EMPLOYEE CREDIT UNION (EECU) BANK CHECKING ACCOUNT NUMBER 11876882 IN THE NAME OF GHEORGHE BALTAGA (HEREAFTER "EECU ACCOUNT 6882");<br><br>ALL FUNDS UP TO AND INCLUDING $11,640.00 IN BANK OF AMERICA CHECKING ACCOUNT NUMBER 10839-44588 IN THE NAME OF GHEORGHE BALTAGA (HEREAFTER "BOA ACCOUNT 4588");<br><br>ALL FUNDS UP TO AND INCLUDING $4,280.00 IN BANK OF AMERICA CHECKING ACCOUNT NUMBER 10831-60223 IN THE NAME OF ADRIAN BALTAGA (HEREAFTER "BOA ACCOUNT 0223");<br><br>ALL FUNDS UP TO AND INCLUDING $12,060.00 IN WELLS FARGO BANK CHECKING ACCOUNT NUMBER 1405406883 IN THE NAME OF ADRIAN BALTAGA (HEREAFTER "WF ACCOUNT 6883") | Seizure Warrant No.<br><br>**UNDER SEAL**<br>1: 1 3 SW 0 0 0 2 8 5 GSA<br><br>~~PROPOSED~~ ORDER SEALING SEIZURE WARRANT, SEIZURE WARRANT APPLICATION, AND SEIZURE WARRANT AFFIDAVIT<br><br>1: 1 3 SW 0 0 0 2 8 6 GSA<br><br>1: 1 3 SW 0 0 0 2 8 4 GSA<br><br>1: 1 3 SW 0 0 0 2 8 3 GSA |

The United States of America, having applied to this Court for an Order

permitting it to file the seizure warrant, seizure warrant application and seizure

1     Order to Seal

1 warrant affidavit in the above-entitled proceeding, together with the concurrently filed Application to Seal, Memorandum, and the accompanying Declaration of Heather Mardel Jones, under seal, and good cause appearing therefore,

IT IS HEREBY ORDERED that the seizure warrant, the seizure warrant application, and the seizure warrant affidavit in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities and Declaration of Heather Mardel Jones, shall be filed with the Court in camera, under seal, and shall not be disclosed pending further order of this court.

Dated this 28 day of October, 2013.

_____
UNITED STATES MAGISTRATE JUDGE